UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY KOZLOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.),<br><br>    Defendant. | Case No.  14-cv-03827-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 12 |

On November 20, 2014, the parties notified the Court that they have settled this action. See ECF No. 12.  Accordingly, all deadlines and hearings in this case are VACATED.  By January 5, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on January 21, 2015 at 2:00 p.m., which will be vacated automatically if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: November 20, 2014

                                                JON S. TIGAR
                                       United States District Judge