United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERRY KOZLOWSKI,

         Plaintiff,

    v.

SUN LIFE AND HEALTH INSURANCE
COMPANY (U.S.),

         Defendant.

Case No.  14-cv-03827-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 14

The parties have filed a stipulation of dismissal dated January 5, 2015, stating that they have agreed to settle this action in its entirety.  ECF No. 14.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated:  January 5, 2015

_____
JON S. TIGAR
United States District Judge